UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT FELVER,

    Plaintiff,

v.

    Case No: 1:25-cv-230

    HON. ROBERT J. JONKER

LEELANAU COUNTY JAIL,

    Defendant.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 31, 2025 (ECF No. 16). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 10) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:  August 19, 2025      /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE